ACCEPTED
01-13-00493-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/29/2015 11:06:24 AM
CHRISTOPHER PRINE
CLERK

Case Number No. 01-13-00493-CR

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/29/2015 11:06:24 AM
CHRISTOPHER A. PRINE
Clerk

**RYAN MATTHEW STAIRHIME**
*Appellant*

**v.**

**THE STATE OF TEXAS**
*Appellee*

On Appeal from Cause Number  1387371
From the 177th District Court of Harris County, Texas

Certification of Notification of Right to
File *Pro Se* Petition for Discretionary Review

Jani Maselli Wood, counsel for Appellant in this case, respectfully informs the Court that counsel has complied with Rule 48.4 by providing a copy of the opinion in this case to Appellant and informing Appellant of the right to file a *pro se* petition for discretionary review.  The Certified Mail number for confirmation is 7010 1870 0000 4699 2004.

Respectfully submitted,

Harris County Public Defender's Office
1201 Franklin Street, 13th Floor
Houston, Texas 77002
 */s/ Jani J. Maselli Wood*

Jani Maselli Wood
*Assistant Public Defender*
Texas Bar Number 00791195
Jani.Maselli@pdo.hctx.net
(713) 368-0016

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ryan Stairhime
TDCJ 01817523
Telford Unit
3899 Huy 98
New Boston TX 75570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lyres_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Lyalo_    10-23-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Certified Mail®   ☐ Priority Mail Express™
- ☐ Registered        ☐ Return Receipt for Merchandise
- ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 1870 0000 4699 2004

PS Form 3811, July 2013    Domestic Return Receipt